# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAABIYL MIMS                    :
                                :
    Plaintiff           : CIVIL ACTION
                                :
  v.                          :
                                : NO. 18-CV-1185
NEW AGE PROTECTION, INC.        :
and                             :
TAMISHA THOROGOOD               :
                                :
    Defendants.         :

## ORDER

AND NOW, this 5th day of November, 2018, upon consideration of Plaintiff's Complaint (Doc. No. 1), Plaintiff's Motion for Leave to File the Amended Complaint (Doc. No. 10) and Defendants' Opposition thereto (Doc. No. 11), it is hereby ORDERED:

1. Plaintiff's Motion is GRANTED IN PART, whereby Plaintiff may file a proposed Amended Complaint regarding Count II. (Doc. No. 10).

2. Defendant's Motion to Dismiss (Doc. No. 5) is GRANTED IN PART, whereby the court dismisses with prejudice Count I of the Complaint (Doc. No. 1).

                                      BY THE COURT:

                                      s/J. Curtis Joyner
                                      J. CURTIS JOYNER, J.